JOHN R. HILLSMAN (Cal. Bar No. 71220)
uroy3@aol.com
DEREK B. JACOBSON (Cal. Bar No. 88417)
dbj@mhpsf.com
MCGUINN HILLSMAN & PALEFSKY
535 Pacific Ave
San Francisco, CA 94133
Telephone:    (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Plaintiffs MASAO KINJO
and YOJI MORI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| MASAO KINJO and YOJI MORI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CHAMPION SHIPPING AS, and<br>CHAMPION TANKERS AS,<br><br>　　　　　Defendants. | Case No. S-09-3603 FCD DAD<br><br>**RIGHT TO ATTACH ORDER PURSUANT TO SUPPLEMENTAL RULE B** |

After hearing held this date on the record in open court, and upon review of the application and supporting declaration of plaintiffs Masao Kinjo and Yoji Mori, plaintiffs' application for a Writ of Attachment pursuant to Rule B of the supplemental rules for admiralty and maritime claims is hereby GRANTED.

The Court finds upon the Plaintiffs' showing that Defendants' Champion Shipping AS and Champion Tankers AS are foreign corporations which are not qualified to do business in California. Plaintiffs' have demonstrated that Defendants' Champion Shipping AS and Champion Tankers AS cannot be found within this district for purposes of personal jurisdiction or service of process. The clerk of the Court is directed to issue a Writ of Attachment pursuant to supplemental Rule B in the amount of $1,410,000.00 against all corporate property of Defendants Champion Shipping AS and Champion Tankers AS including, without limitation, the vessel M/T CHAMPION SPIRIT, any fuel belonging to either Champion Shipping or Champion Tankers on board the M/T CHAMPION SPIRIT or any other vessel in California, all tangible and intangible property of Champion Shipping; all tangible and intangible property of Champion Tankers.

It is so ORDERED.

Dated: December 30, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:

MCGUINN HILLSMAN & PALEFSKY

/s/ JOHN R. HILLSMAN
JOHN R. HILLSMAN