EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Eric Danoff (State Bar #60915)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:    (415) 227-9455
Facsimile:     (415) 227-4255
E-Mail:          jtamulski@edptlaw.com
                     edanoff@edptlaw.com

Attorneys for Defendant
Champion Shipping AS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| MASAO KINJO and YOJI MORI, | Case No.:  2:09-CV-03603 FCD DAD |
| Plaintiffs, | **STIPULATED APPLICATION FOR ORDER RELEASING MARITIME ATTACHMENT; [~~PROPOSED~~] ORDER RELEASING MARITIME ATTACHMENT** |
| vs. | |
| CHAMPION SHIPPING AS and CHAMPION TANKERS AS, | |
| Defendants. | |

**STIPULATED APPLICATION FOR ORDER**

**RELEASING MARITIME ATTACHMENT**

At the request of plaintiffs Masao Kinjo and Yoji Mori, on December 30, 2009, the Court issued an Order for Issuance of Process of Maritime Attachment.  Pursuant to that Order the Clerk of the Court issued a Writ of Maritime Attachment.  Pursuant to the Order and the Writ, the U.S. Marshal on December 30, 2009, attached the vessel CHAMPION SPIRIT at the Port of Stockton.  The owners of the vessel have agreed to provide plaintiffs with appropriate security in the form of a letter of undertaking.

/ / /

/ / /

/ / /

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400

- 1 -STIPULATED APPLICATION FOR RELEASE FROM ATTACHMENT; [PROPOSED] ORDER
Case No.:2:09-CV-03603 FCD DAD
G:\43200.042\Pleadings\Kinjo 2 09-cv-3603\Stipulated Application for Release from Attachment.doc

As a result, the parties hereby stipulate to the release of the vessel, and, therefore respectfully request the Court to order the release of the attachment.

IT IS HEREBY STIPULATED AND AGREED:

DATED:  December 31, 2009     MCGUINN HILLSMAN & PALEFSKY

By  /s/
JOHN R. HILLSMAN
Attorneys for Plaintiffs, MASAO KINJO and YOJI MORI

DATED:  December 31, 2009     EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By  /s/
JAMES J. TAMULSKI
Attorneys for Defendant, Champion Shipping AS

**ORDER RELEASING MARITIME ATTACHMENT**

At the request of the plaintiffs Masao Kinjo and Yoji Mori, and defendant Champion Shipping AS, the owner of the vessel, and good cause appearing, the Court hereby releases the attachment of the vessel CHAMPION SPIRIT and orders the U.S. Marshals to immediately release that vessel from its custody and to order the substitute custodian off of the vessel. Upon release of the vessel the U.S. Marshals Service, and the substitute custodian shall be discharged from any and all further duties and responsibilities for safekeeping of the vessel.

DATED: December 31, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400

- 3 -STIPULATED APPLICATION FOR RELEASE FROM ATTACHMENT; [PROPOSED] ORDER
Case No.:2:09-CV-03603 FCD DAD
G:\43200.042\Pleadings\Kinjo 2 09-cv-3603\Stipulated Application for Release from Attachment.doc