EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com
edanoff@edptlaw.com

Attorneys for Defendant,
Restricted Appearance,
Champion Shipping AS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| MASAO KINJO and YOJI MORI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAMPION SHIPPING AS and CHAMPION TANKERS AS,<br><br>Defendants. | Case No.: 2:09-CV-03603 FCD DAD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |

Plaintiffs Masao Kinjo and Yoji Mori ("Plaintiffs") and Defendant Champion Shipping AS ("Defendant"), through their respective attorneys, hereby enter into the following stipulation extending time for Defendant to respond to the complaint.

WHEREAS, Plaintiff filed the instant action against Defendant on December 30, 2009;

WHEREAS, Plaintiff served Defendant with the Complaint on December 30, 2009;

WHEREAS, Defendant's response to the complaint is due on January 19, 2010;

WHEREAS, Defendant's request for an extension to respond to the complaint is the first such request.

///

///

///

///

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**
Case No.:2:09-CV-03603 FCD DAD
C:\windows\temp\notes101AA1\Stipulation to extend time.doc

IT IS HEREBY STIPULATED THAT:

1. Defendant shall have a 41 day extension to respond to the complaint.
2. Defendant's response to the complaint shall be filed on or before March 1, 2010.

DATED: January 13, 2010    MCGUINN HILLSMAN & PALEFSKY

By_____/s/_____
JOHN R. HILLSMAN
Attorneys for Plaintiffs, MASAO KINJO and YOJI MORI

DATED: January 13, 2010    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By_____/s/_____
JAMES J. TAMULSKI
Attorneys for Defendant, Champion Shipping AS

**IT IS SO ORDERED:**

DATED: January 22, 2010    _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**
Case No.:2:09-CV-03603 FCD DAD
C:\windows\temp\notes101AA1\Stipulation to extend time.doc