1 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
2 | Dvaid R. Boyajian (State Bar #257825)
49 Stevenson Street, Suite 400
3 | San Francisco, CA 94105
Telephone: (415) 227-9455
4 | Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com
5 | dboyajian@edptlaw.com

6 | Attorneys for Defendant,
Restricted Appearance,
7 | Champion Shipping AS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# IN ADMIRALTY

| | |
|---|---|
| MASAO KINJO and YOJI MORI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAMPION SHIPPING AS and CHAMPION TANKERS AS,<br><br>Defendants. | Case No.: 2:09-CV-03603 FCD DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE JOINT STATEMENT REQUIRED BY FED. R. CIV. PRO. 26(F)** |

Plaintiffs Masao Kinjo and Yoji Mori ("Plaintiffs") and Defendant Champion Shipping AS ("Defendant"), through their respective attorneys, hereby enter into the following stipulation extending time for Defendant to respond to the complaint.

WHEREAS, Plaintiff filed the instant action against Defendant on December 30, 2009;

WHEREAS, Plaintiff served Defendant with the Complaint on December 30, 2009;

WHEREAS, Defendant's response to the complaint is due on March 1, 2010;

WHEREAS, the joint statement required by Fed. R. Civ. Pro. 26(f) is due on March 15, 2010.

WHEREAS, the parties' request for an extension to file the joint statement required by Fed. R. Civ. Pro. 26(f) is the first such request.

- 1 -

**STIPULATION AND OPRDER TO EXTEND TIME TO FILE THE JOINT STATEMENT REQUIRED BY FED. R. CIV. PRO. 26(F)**
Case No.:2:09-CV-03603 FCD DAD
C:\windows\temp\notes101AA1\Stipulation to extend time for rule 26(f) joint statement.doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

IT IS HEREBY STIPULATED THAT:

1. Parties shall have a 31 day extension to file the joint statement required by Fed. R. Civ. Pro 26(f) and the joint statement shall be filed on or before April 15, 2010.

DATED: February 3, 2010    MCGUINN HILLSMAN & PALEFSKY

By _____/s/John R. Hillsman_____
   JOHN R. HILLSMAN
   Attorneys for Plaintiffs, MASAO KINJO and YOJI MORI

DATED: February 3, 2010    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____/s/James J. Tamulski_____
   JAMES J. TAMULSKI
   Attorneys for Defendant, Champion Shipping AS

**IT IS SO ORDERED.**

DATED: February 5, 2010    _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE

- 2 -

**STIPULATION AND OPRDER TO EXTEND TIME TO FILE THE JOINT STATEMENT REQUIRED BY FED. R. CIV. PRO. 26(F)**
Case No.:2:09-CV-03603 FCD DAD
C:\windows\temp\notes101AA1\Stipulation to extend time for rule 26(f) joint statement.doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105