John R. Hillsman (Cal. Bar No. 71220)
uroy3@aol.com
Derek B. Jacobson (Cal. Bar No. 88417)
dbj@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Telephone:     (415) 421-9292
Facsimile:     (415) 403-0202

Wayne Parsons (*pro hac vice*)
WAYNE PARSONS LAW OFFICES
1406 Colburn Street, Suite 201 C
Honolulu, HI  96817
Telephone:     (808) 845-2211
Facsimile:     (808) 843-0100
wparsons@Hawaii.rr.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASAO KINJO and YORI MORI, | ) |
| | ) Case No. 2:09-cv-03603-FCD-DAD |
| Plaintiffs, | ) |
| | ) (Related to case No. 2:09-CV-03605-FCD-DAD) |
| v. | ) |
| | ) |
| CHAMPION SHIPPING AS, and CHAMPION TANKERS AS, | ) STIPULATION AND ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS THESE RELATED ACTIONS ON THE GROUNDS OF *FORUM NON CONVENIENS* |
| Defendants. | ) |

Hearing Date: June 25, 2010
Time:           10:00 a.m.
Courtroom:  2
Before:         Hon. Frank C. Damrell, Jr.

|   |   |   |
|---|---|---|
| THOMAS COOK, JASON K. ARNOLD, JACK L. DURHAM, JOHN M. HUNTER, III, LARZ A STEWART, and ELIZABETH H. ZEIGER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CHAMPION SHIPPING AS, and CHAMPION TANKERS AS, | ) ) ) | |
| Defendants. | ) ) | |

WHEREAS Defendant CHAMPION SHIPPING A.S.' Motion to Dismiss these Related Actions on the Ground of *Forum Non Conveniens* was originally set for hearing on June 4th, 2010, but was rescheduled by the Court for hearing June 25th, 2010;

AND WHEREAS lead counsel for the Plaintiff, John R. Hillsman, will be unavailable on June 25th, 2010 due to a longstanding, pre-existing calendar conflict;

IT IS STIPULATED AND AGREED AMONG THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED ATTORNEYS OF RECORD that the June 25th, 2010 hearing on Defendant's aforesaid Motion may be rescheduled to August 6th, 2010.

Dated: June 8th, 2010

McGUINN, HILLSMAN & PALEFSKY
WAYNE PARSONS LAW OFFICES
By: /s/ JOHN R. HILLSMAN
      JOHN R. HILLSMAN

Attorneys for Plaintiffs MASAO KINJO, YORI MORI, THOMAS COOK, JASON K. ARNOLD, JACK L. DURHAM, JOHN M. HUNTER, III, LARZ A. STEWART, and ELIZABETH H. ZEIGER

| | | |
|---|---|---|
| 1 | Dated: June 8th, 2010 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP and |
| 2 | | HOLLAND & KNIGHT, LLP |
| 3 | | By: /s/ John M. Toriello |
| 4 | | John M. Toriello |
| 5 | | Attorneys for Defendant |
| 6 | | CHAMPION SHIPPING AS and CHAMPION TANKERS AS |

IT IS SO ORDERED. Defendant CHAMPION SHIPPING A.S.' Motion to Dismiss these Related Cases on the Ground of *Forum Non Conveniens* shall be heard in Courtroom 2 at 10:00 a.m. on August 6, 2010.

Dated: June 8, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND ORDER RESCHEDULING HEAIRNG ON DEFENDANTS' MOTION
TO DISMISS THESE RELATED ACTIONS ON THE GROUNDS OF *FORUM NON CONVENIENS*

3